1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10    JASON YONAI,

11            Petitioner,                    No. CIV S-06-2784 LKK KJM P

12        vs.

13    S.V.S.P. SUPERINTENDENT,

14            Respondent.                    ORDER

15    _____/

16            Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17    habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18    Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19            On April 2, 2007, the magistrate judge filed findings and recommendations herein

20    which were served on petitioner and which contained notice to petitioner that any objections to

21    the findings and recommendations were to be filed within twenty days.  Petitioner has not filed

22    objections to the findings and recommendations.

23            The court has reviewed the file and finds the findings and recommendations to be

24    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25    ORDERED that:

26    /////

1

1           1.  The findings and recommendations filed April 2, 2007, are adopted in full; and

2           2.  This action is dismissed without prejudice.  <u>See</u> Fed. R. Civ. P. 41(b).

3   DATED: June 20, 2007.

4

5

6                                   LAWRENCE K. KARLTON
                                    SENIOR JUDGE
7                                   UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26